UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MCQUINN QUINNTAY JOHNSON,

Defendant.
________________________________/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearm**

From on or about December 14, 2023, through on or about December 26, 2023, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

MCQUINN QUINNTAY JOHNSON,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Glock 17 pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

AUSTIN J. HAKES
Assistant United States Attorney